# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CALOVE, | |
| Plaintiff, | Case No. 2:16-cv-02953-APG-GWF |
| vs. | **ORDER** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendant Ron Ventura's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Motion to Dismiss (ECF No. 42) in this matter was filed March 28, 2017. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Defendant Ron Ventura has failed to comply. Accordingly,

**IT IS ORDERED** that Defendant Ron Ventura shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **April 21, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 13th day of April, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge