# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CALOVE, | |
| Plaintiff, | Case No. 2:16-cv-02953-APG-GWF |
| vs. | **ORDER** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendant State of Nevada's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss (ECF No. 49), filed on April 12, 2017. On April 24, 2017, the District Judge granted Defendant's Motion to Dismiss and allowed Plaintiff until May 8, 2017 to file an amended complaint. *See Order* (ECF No. 61). Therefore, Defendant's Motion to Stay is moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant State of Nevada's Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss (ECF No. 49) is **denied as moot**.

DATED this 25th day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge