# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARINA CALOVE, | Case No. 2:16-cv-02953-APG-VCF |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| STATE OF NEVADA et al., | |
| Defendants. | |

I previously granted the defendants' motions to dismiss with leave for plaintiff Marina Calove to file an amended complaint curing the jurisdictional defects in her original complaint. ECF No. 61. I gave Calove until May 8, 2017 to file the amended complaint, and I advised her that if she failed to do so, the case would be closed. *Id.* Calove has not filed an amended complaint.

IT IS THEREFORE ORDERED that this lawsuit is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 1st day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE